Robert W. Lesley and John W. Trinkle, copartners, trading as Lesley & Trinkle; McAvoy & McMichael, Limited, and Josiah Thompson, trading as J. Thompson & Co., Appellants, v. J. Sellers Kite and Robert Moore, copartners, now or late trading as J. Sellers Kite & Co., and the City of Philadelphia; Thomas M. Thompson and George S. Webster.

Argued March 22, 1898. Appeal, No. 398, Jan. T., 1897, by plaintiff, from decree of C. P. No. 1, Phila. Co., March Term, 1897, No. 1171, dismissing bill in equity. Before STERRETT, C. J., GREEN, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. CHIEF JUSTICE STERRETT, July 19, 1899:
This case was heard and considered with No. 397 of January term, 1898, in which an opinion affirming the decree of the court below has just been filed, ante, p. 268. Both cases involve

substantially the same questions, and, for reasons given in the opinion referred to, the decree in this case is affirmed and appeal dismissed at appellants' costs.